# Court of Appeals

## Tenth Appellate District of Texas

### 10-25-00026-CV

In re Charles Robbins

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's amended petition for writ of mandamus is denied.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: May 8, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
Do Not Publish
OT06

